AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| JOSE OCHOA, JR., <br><br> *Plaintiff(s)* <br> v. <br> BRADFUTE ENTERPRISES, LLC, DAVID BRADFUTE, and KIRBY OPCO, LLC d/b/a THE KIRBY COMPANY d/b/a READIVAC, d/b/a KIRBY <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-00228-KC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David Bradfute
4952 Honda Pass Drive
El Paso, Texas 79924

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chavez Law Firm
Enrique Chavez, Jr.
2101 N. Stanton Street
El Paso, Texas 79902

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 7-24-24

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-00228-KC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Bradgute
was received by me on *(date)* 7/24/24 .

☒ I personally served the summons on the individual at *(place)* 4950 Hondo Pass Drive El Paso, TX 79924 on *(date)* 8/2/24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-02-24

_____
Server's Signature

Bianca Arleon PSC-2927
Printed name and title

10537 Champlain St, El Paso, TX 79924
Server's address

Additional information regarding attempted service, etc: