AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Jose Ochoa, Jr. )
*Plaintiff* )
v. ) Case No. 3:24-cv-00228-KC
Bradfute Enterprises, LLC, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kirby Opco, LLC .

Date: 08/09/2024

*Attorney's signature*

Andrew S. Murphy (#24080244)
*Printed name and bar number*
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601

*Address*

amurphy@taftlaw.com
*E-mail address*

(312) 527-4000
*Telephone number*

(312) 754-2373
*FAX number*