UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JOSE OCHOA, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>BRADFUTE ENTERPRISES, LLC,<br>DAVID BRADFUTE, and<br>KIRBY OPCO, LLC<br><br>    Defendants. | Case No. 3:24-cv-00228-KC<br><br>District Judge Kathleen Cardone<br><br>Magistrate Judge Torres |

## CORPORATE DISCLOSURE STATEMENT

Defendant Kirby Opco, LLC, states pursuant to Federal Rule of Civil Procedure 7.1 that it is a wholly owned subsidiary of RLI Kirby Holdings, LLC. Kirby Opco, LLC, further discloses that no other parent corporation or publicly held corporation owns ten percent (10%) or more of its stock.

Dated: August 22, 2024

Respectfully submitted,

KIRBY OPCO, LLC

_____
Andrew S. Murphy (#24080244)
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
Phone: (312) 527-4000
Fax: (312) 527-4011
amurphy@taftlaw.com
*Counsel for Defendant Kirby Opco, LLC*

134620895v1

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

Date: August 22, 2024

_____
Andrew S. Murphy

*Counsel for Defendant Kirby Opco, LLC*

134620895v1