UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

JOSE OCHOA, JR.,
    Plaintiff,

v.                                                                           Cause No. 3:24-cv-00228-KC

BRADFUTE ENTERPRISES, LLC,
DAVID BRADFUTE, and
KIRBY OPCO, LLC
   d/b/a THE KIRBY COMPANY
   d/b/a READIVAC
   d/b/a KIRBY,
    Defendants.

## **ORDER**

On this day, the Court considered "Defendant Kirby Opco, LLC's Motion to Dismiss", Ecf 14, and orders as follows:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that "Defendant Kirby Opco, LLC's Motion to Dismiss", Ecf 14, is **DENIED**.

**IT IS SO ORDERED.**

Signed this _____ day of _____, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE