**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSE OCHOA, JR.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-24-CV-228-KC** |
| | § | |
| **BRADFUTE ENTERPRISES, LLC;** | § | |
| **DAVID BRADFUTE; and KIRBY** | § | |
| **OPCO, LLC d/b/a THE KIRBY** | § | |
| **COMPANY; READIVAC; and** | § | |
| **KIRBY,** | § | |
| | § | |
| **Defendants.** | § | |

## SCHEDULING ORDER

The parties have submitted a Report of Parties' Planning Meeting, ECF No. 27. The Report of Parties' Planning Meeting is **ADOPTED** in part and the Court orders the following deadlines:

| | |
|---|---|
| Deadline to File Motions to Join Additional Parties: | April 11, 2025 |
| Deadline to File Motions to Amend the Pleadings: | April 11, 2025 |
| Plaintiff's Deadline to Designate Experts: | April 30, 2025 |
| Defendant's Deadline to Designate Experts: | May 30, 2025 |
| Discovery Deadline: | July 30, 2025 |
| Dispositive Motions Deadline: | September 1, 2025 |
| Trial: | January 30, 2026 |

**IT IS FURTHER ORDERED** that the parties' proposed deadlines relating to specific discovery deadlines (i.e., depositions of experts, etc.) are hereby adopted to the extent they are

consistent with the deadlines above.  To the extent they are inconsistent, the parties are ordered

to meet, confer, and arrange new deadlines consistent with the deadlines above.

**IT IS FURTHER ORDERED** that the parties shall participate in and complete a formal

dispute resolution process by **no later than September 1, 2025**.

**IT IS FURTHER ORDERED** that the parties shall provide the Court with written

notice listing the name and address of the dispute resolution provider and the date of the

scheduled dispute resolution proceeding by **no later than May 30, 2025**.

**IT IS FURTHER ORDERED** that the parties submit to the Court a written report

pursuant to Rule CV-88 of the Local Court Rules of the outcome of the alternative dispute

resolution procedure ordered herein not later than three days after the conclusion of such

procedure.

**SO ORDERED**.

**SIGNED this 30th day of January, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE