UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JOSE OCHOA, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>BRADFUTE ENTERPRISES, LLC,<br>DAVID BRADFUTE, and<br>KIRBY OPCO, LLC<br>    d/b/a THE KIRBY COMPANY<br>    d/b/a READIVAC<br>    d/b/a KIRBY<br><br>    Defendants. | Case No. 3:24-cv-00228-KC<br><br>District Judge Kathleen Cardone<br><br>Magistrate Judge Torres |

## STIPULATION OF DISMISSAL AS TO DEFENDANT KIRBY OPCO, LLC

NOW COME Plaintiff Jose Ochoa, Jr. and Defendant Kirby Opco, LLC ("Kirby"), by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate to the dismissal with prejudice of all of Plaintiff's claims against Kirby in this action. Each party will bear their own fees and costs in connection with the lawsuit.

Dated: July 8, 2025           Respectfully submitted,

1

| JOSE OCHOA, JR., | KIRBY OPCO, LLC |
|---|---|
| */s/ Michael R. Anderson* | */s/ Benjamin S. Morrell* |
| Enrique Chavez, Jr. (#24001873) | Andrew S. Murphy (#24080244) |
| enriquechavezjr@chavezlawpc.com | Benjamin S. Morrell (TN BPR No. 35480) |
| Michael R. Anderson (#24087103) | TAFT STETTINIUS & HOLLISTER LLP |
| manderson@chavezlawpc.com | 111 E. Wacker Drive, Suite 2600 |
| Michael M. Osterberg (#24108991) | Chicago, IL 60601 |
| mikeosterberg@chavezlawpc.com | Phone: (312) 527-4000 |
| CHAVEZ LAW FIRM | Fax: (312) 527-4011 |
| 2101 N. Stanton Street | amurphy@taftlaw.com |
| El Paso, Texas 79902 | |
| (915) 351-7772 | *Counsel for Defendant Kirby Opco, LLC* |
| | |
| Counsel for Plaintiff | |

2